UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDO VUKMAN,<br><br>        Petitioner,<br><br>    v.<br><br>STU SHERMAN, Warden,<br><br>        Respondent.<br>_____/ | No. C-14-4390 EMC (pr)<br><br>**ORDER FOR REPLACEMENT DOCUMENT** |

Petitioner filed a document entitled "Petitioner's Objections To Respondent's Request To Dismiss Habeas Corpus Petition As Untimely" on March 26, 2015.  Docket # 11.  Large portions of the document are unreadable and cannot be scanned electronically due to the extremely light type on the document.  The exhibits are acceptable; the problem is with the 15-page "Objections."  No later than **May 15, 2015**, Petitioner must file a replacement copy of the document.  Petitioner can re-type the document or handwrite it, but must be sure that the typewriting or handwriting is dark enough to be readable.

IT IS SO ORDERED.

Dated: April 20, 2015

                                                                                _____<br>                                                                                EDWARD M. CHEN<br>                                                                                United States District Judge